# Order

Michigan Supreme Court
Lansing, Michigan

June 13, 2018

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

157880

PHILIP L. ELLISON, as legal guardian of
PATTON JUSTUS ELLISON, and
KATHERINE E. ELLISON, individually
and as legal guardian of PATTON
JUSTUS ELLISON,
      Plaintiffs-Appellants,

v

DEPARTMENT OF HEALTH AND
HUMAN SERVICES,
      Defendant-Appellee.

SC: 157880
COA: 344091
Court of Claims:
18-000011-MZ

_____/

      On order of the Court, the application for leave to appeal prior to decision by the Court of Appeals is considered, and it is DENIED, because the Court is not persuaded that the questions presented should be reviewed by this Court before consideration by the Court of Appeals.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the
foregoing is a true and complete copy of the order entered at the direction of the Court.

June 13, 2018



Clerk

d0612